FILED: November 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4458 (L)
(1:15-cr-00408-JKB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SAVINO BRAXTON

    Defendant - Appellant

_____

No. 15-4686
(1:09-cr-00478-JKB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SAVINO BRAXTON

    Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 15-4686 with Case No. 15-4458. Entry of appearance forms filed by counsel and parties to the lead case are deemed filed in the secondary case. Counsel shall file an individual docketing statement and any necessary transcript forms in Case No. 15-4686.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk